**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

MICHAEL "MICKEY" PERSICHINI,

    Plaintiff,

v.                                  Case No.: 23-CV-10835-GAO

AUTOZONERS, LLC, dba
AUTOZONE,

    Defendants.
_____/

## JOINT STATUS REPORT

On October 8, 2025, the Court entered a Docket Text, in pertinent part, requiring the Parties to confer and submit a detailed joint status report by November 5, 2025. Accordingly, on November 4, 2025, counsel for Plaintiff, Michael "Mickey" Persichini, and Defendant, AutoZoners, LLC ("AutoZone"), conferred and now submit this joint status report.

Discovery is complete. The Parties have been and continue to be in settlement negotiations to attempt to resolve this matter. As a result of the status of the settlement negotiations, the Parties are attempting to keep litigation costs to a minimum and request additional time in which to continue negotiations.

The parties do not believe additional scheduling deadlines are necessary at this time.

Dated: November 4, 2025

/s/ *Christopher Waterman*
Christopher Waterman BBO# 641190
WATERMAN EMPLOYMENT LAW GROUP, LLC
71 Commercial Street, #234
Boston, MA 02109
Telephone: (617) 665-8828
cwaterman@watermanemploymentlaw.com
*Counsel for Plaintiff*

Respectfully submitted,

/s/ *Laurie M. Riley*
Laurie M. Riley (admitted *Pro Hac Vice*)
Jones Walker LLP
201 South Biscayne Boulevard, Suite 3000
Miami, FL 33131
Telephone: 305-679-5728
Facsimile: 305-679-5816
Email: lriley@joneswalker.com

And

Tracy E. Kern (admitted *Pro Hac Vice*)
Jones Walker LLP
201 St. Charles Avenue, 4thFloor
New Orleans, LA 70170
Telephone: 504-582-8134
Facsimile: 504-589-8134
Email: tkern@joneswalker.com

And

Sean F. McDonough, BBO # 564723
Christopher C. Storm, BBO # 680782
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
Telephone: 617-737-8835
Facsimile: 617-342-4950
Email: smcdonough@morrisonmahoney.com
Email: cstorm@morrisonmahoney.com
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed on November 4, 2025, through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those indicated as non-registered participants on Not Applicable.

Christopher Waterman, Esq.
WATERMAN EMPLOYMENT LAW GROUP, LLC
71 Commercial Street, #234
Boston, MA 02109
cwaterman@watermanemploymentlaw.com
*Counsel for the Plaintiff*

                                              */s/ Laurie M. Riley*
                                              Laurie M. Riley